**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Pedro Alejandro ANCHONDO, Defendant–Appellant.**

No. 06–50734
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 23, 2007.

---

He contends his sentence is unreasonable because it was more harsh than his co-defendant's and exceeds the sentencing aims of 18 U.S.C. § 3553.

Anchondo's parity argument is unavailing. *See United States v. Duhon*, 440 F.3d 711, 721 (5th Cir.2006) ("the need to avoid disparity ... [concerns] similarly-situated defendants nationwide rather than disparity with [Anchondo's] differently-situated codefendant"), *petition for cert. filed* (18 May 2006) (No. 05–11144). Considering Anchondo's sentence was at the bottom of the career-offender guideline's range, U.S.S.G. § 4B1.1, he fails to show it was unreasonable under § 3553. *See United States v. Alonzo*, 435 F.3d 551, 554 (5th Cir.2006).

***AFFIRMED.***

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Pedro Alejandro Anchondo pleaded guilty to one charge of bank robbery and was sentenced to 151 months in prison.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.